Mr. Dwane Washington @ 80115083
United States Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734

Official Business

Legal Mail

Legal Mail

PRIVILEGE Mail

JUL 13 2018

U.S. District Court clerk
U.S. Courthouse, Ste. 1500
405 West Congress Street
Tucson, AZ 85701-5

EMERGENCY REQUEST FOR
Temporary Restraining Order Enclosed

PLEASE EXPEDITE.