Dwane A. Washington, Reg. No. 80115-083
**Name and Prisoner/Booking Number**

U.S. Penitentiary Tucson
**Place of Confinement**

P.O. Box 24550
**Mailing Address**

Tucson, AZ 85734
**City, State, Zip Code**

```
     ✓  FILED      ___ LODGED
    ___ RECEIVED   ___ COPY

8        JUN 1 8 2018        8

      CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
    BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Dwane A. Washington
           Petitioner,

v.

R. L. Rhodes                 ,
           Respondent(s).

CV 18-0302 TUC CKJ (EJM)

CASE NO. _____

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
(HABEAS)**

I, Dwane A. Washington, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?    ☐ Yes    ☒ No
   If "Yes," state the amount of your pay and where you work. _____
   _____

2. Do you receive any other payments from the institution where you are confined?    ☐ Yes    ☒ No
   If "Yes," state the source and amount of the payments. _____
   _____

Revised 3/15/16                                     1

3.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?  ☐ Yes  ☒ No
    If "Yes," state the sources and amounts of the income, savings, or assets. _____
    _____
    _____

I declare under penalty of perjury that the above information is true and correct.

_6-12-18_____        ___*signature*_____
DATE                           SIGNATURE OF APPLICANT

---

Unavailable *

**CERTIFICATE OF CORRECTIONAL OFFICIAL
AS TO STATUS OF APPLICANT'S TRUST ACCOUNT**

I, _____, certify that as of the date applicant signed this application:
   (Printed name of official)

The applicant's trust account balance at this institution is:   $_____.

_____
DATE        AUTHORIZED SIGNATURE        TITLE/ID NUMBER        INSTITUTION

\* The subject matter of Petitioner's Habeas Corpus application involves the same Bureau of Prisons personnel who are tasked with certifying my inmate trust account balance. Even if they were willing to complete this form, asking them to do so would place me at further risk of harm and retaliation, since under the circumstances they could easily deduce that the petition for which in forma pauperis status is needed pertains to them. I reaffirm under penalty of perjury that the information in this form is true and correct and hope this will be sufficient to proceed.