Dwane A. Washington, Reg No. 80115-083
U.S. Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734
Pro Se

FILED ___ of ___  ___ LODGED
___ RECEIVED ___ COPY

JUN 18 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY___ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CV18-0302 TUCCKJ--(EJM)

| | |
|---|---|
| Dwane A. Washington,        Petitioner, | Case No. _____ |
| v. | MOTION FOR APPOINTMENT OF COUNSEL |
| R.L. Rhodes,        Respondent. | |

COMES NOW Petitioner Dwane Washington and respectfully requests that the Court appoint counsel to represent him in the above-captioned matter. As established in his concurrently filed Motion to Proceed In Forma Pauperis, Mr. Washington is indigent and cannot afford an attorney. He was able to obtain the assistance of an inmate with legal training to ~~forego~~ file the foregoing Habeas Corpus Petition, but that inmate is scheduled to leave the section of U.S. Penitentiary Tucson where Mr. Washington is housed and they are unlikely to be allowed further contact by prison authorities.

The Petitioner's Habeas Corpus application involves important matters of prison conditions and federal government officials' accountability for unlawful acts and the cruel and unusual treatment of prisoners. The Court would benefit from the aid of skilled counsel for the

Petitioner in considering these matters. Further, Petitioner alleges a pattern of conduct by prison authorities, of which his case is only one example. Full and skilled presentation of the facts and law in this case will have beneficial spillover effects for other cases involving similar issues or the same Respondent.

Finally, the facts alleged by Petitioner involve a potentially life and death situation, since prison killings are not uncommon and Petitioner falls into a category of prisoners who are more subject than any other to attacks by other prisoners. It is not in keeping with American standards of justice to allow government officials to knowingly subject disfavored prisoners to such risk of harm — particularly not in retaliation for such a prisoner's lawful activities. The aid of appointed counsel is needed so that Mr. Washington can defend himself from this harm, as well as to ensure that the same officials are not able to victimize other prisoners.

WHEREFORE the Petitioner respectfully requests that the Court appoint counsel to aid in preparing and presenting his case.

Dated: June 12, 2018

Respectfully submitted,

*[signature]*

Dwane A. Washington
Pro Se