# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Dwane A Washington,

        Petitioner,

v.

RL Rhodes,

        Respondent.

NO. CV-18-00302-TUC-CKJ (EJM)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed June 20, 2018, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U. S. C. § 2241 and this action are dismissed.

                                    Brian D. Karth
                                    District Court Executive/Clerk of Court

June 20, 2018

                                    s/ M Rodriguez
                              By  Deputy Clerk