Dwane A. Washington, Reg. No. 80115-083
U.S. Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734
Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| DWANE A. WASHINGTON,<br>　　Petitioner,<br>　　v.<br>R.L. RHODES,<br>　　Respondent. | Case No. CV-18-00302-TUC-CKJ (EJM)<br><br>FIRST SUPPLEMENT TO<br>PETITION FOR WRIT<br>OF HABEAS CORPUS[1] |

COMES NOW Petitioner Dwane Washington and supplements his previously-filed Petition for Writ of Habeas Corpus as follows:

Ground Four: Denial of Access to Courts and to Legal Materials and Assistance

1. Petitioner hereby incorporates all facts and arguments set forth in his Petition for Writ of Habeas Corpus as if fully reproduced herein.

2. Respondent violates the U.S. Constitution by denying Mr. Washington

1. Petitioner requested a new habeas corpus form from prison staff so that he could, for the Court's convenience, file an amended petition superceding the original petition. The form was not provided, requiring this supplement instead.

-1-

reasonable access to the courts, to necessary legal materials and to assistance from other inmates who have legal training and who could assist Petitioner in asserting his legal claims.

3. Mr. Washington reports that conditions in the U.S. Penitentiary Tucson Special Housing Unit (SHU) are highly restrictive. See generally Declaration of Dwane A. Washington (attached as Exhibit A). He is allowed to access legal materials for only about 60 minutes per 40 days. Id. No legal materials are provided to inmates to use in their cells, excepting about 8 sheets of paper per week, a small pen and envelopes without postage. Id. There is no typewriter or word processor available to SHU inmates, nor any way of making copies. Id. Legal mail is unreliable and not always confidential. Inmates are generally separated from each other and make it dificult or impossible to obtain legal help from another inmate. Id. Bureau of Prisons policies bar any SHU inmate from possessing another inmate's legal paperwork, even for purposes of assisting that inmate. Id. The Bureau of Prisons does not provide SHU inmates with any professional legal assistance.

4. The above impairments render it effectively impossible for Petitioner and other inmates to exercise their rights to reasonable and reliable access to courts and to legal assistance.

Respectfully submitted,

Dated: June 23, 2018     Signed: _____
                          Dwane Washington, Pro Se

-2-

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

DWANE A. WASHINGTON,
            Petitioner
V.                              Case No: CV.-18-0032-TUC-CKJ-(EJM)
R. L. RHODES,
            Respondent.

AFFIDAVIT
In Support of Habeas Corpus.
Exhibit A

I, Dwane A. Washington, your petitioner, swears and affirms the following under the penalty of perjury:

1) In this petition, I have a multitude of complaints, which has restricted my ability to properly format, and litigate the law as a pro se litigant. I know nothing of the law, however, I have temporary assistance from another inmate who is learned in the legal field and who has helped me draft this petition to this court.

2) The factual basis of this petition is that my life has been placed at risk. There poses a serious threat of injury or physical harm, if I am transferred to an active setting, amongst inmates, who do not share the same caliber of offenses as I. I am a federal inmate charged and convicted by a jury trial, of Transportation of a minor across state lines for the purpose of prostitution in violation of 18. U.S.C. 2423(a).

3) This is a sex offense and I am categorized as a sex offender. As such, there are limited prisons in the B.O.P. that inmates with these types of sex offenses can walk, which is known by the F.B.O.P. as S.O.M.P. yards, or for use of a better term - Non-active yards or Active yards.

1 of 7

4). Non-Active yards such as United States Penitentiary Tucson, houses some of the United States notorious Sex offenders, such as inmates like Larry Nassar, Brian Mitchell, and amongst others. See these inmates can not go to an Active yard. Such as U.S.P. Victorville, or U.S.P. Big Sandy, or U.S.P. Canaan. So they have to go to Non-active yards such as, U.S.P. Tucson, U.S.P. Terre Haute, or U.S.P. Coleman 2.

5). However, I am not of their statue or caliber. However, I am a sex-offender declared by law, and as a S.O.M.P. inmate, I can not walk an active yard. I Attempted to walk an Active yard, at U.S.P. Victorville, and I was assaulted and removed from the inmate population due to me being a sex offender. The Law is clear on equal protection for all prisoners, and F.B.O.P. has opened these Non-active yards for inmates with sex offenses for the purpose of Allowing a prisoner to rehabilitate himself without the fear of life threatening injury.

6). S.O.M.P. acrynomyn Stands for Sex offender Management Program. I Qualify for this program, as a sex offender, and all transfers Must be in compliance, with its policy to ensure the safety of prisoners involved.

7). I have been the subject of retaliation and prejudice since I entered into the B.O.P. I was initially Classified as a Medium security inmate. Due to multiple minor incident reports at F.C.I Victorville, due to conflict with Medical, A Manageable Verbal was placed against me with Malicious intent by Captain Morales at F.C.I Victorville to send me to U.S.P. Victorville, with the intent that as a Sex offender, I would be crushed by inmates with a Chip on their shoulders against any one charged with a sex crime. I was crushed, and assaulted, by several inmates.

8). At U.S.P. Victorville, I suffered a great deal in the S.H.U. at Victorville. However, I was transferred to a yard, "Non-active yard," with the S.O.M.P. provisions by Case Manager R. Villegas, and I was designated to Tucson's U.S.P. So it is in My file that I was assaulted at U.S.P. Victorville, and due to a Sex offense I stand convicted of.

9) Now due to my reluctance to cooperate with S.I.S. Agent Gallion at U.S.P. Tucson, I have been the target of such punishment and retaliation all over again. On. 3-15-18 I was placed in the S.H.U. under investigation for 3 serious offenses.

10) 111A. Attempted introduction of Contra band. 196. Use of the email/mail for criminal activity. 199. Conduct that disrupts or interferes with the security or orderly running of the institution. There were 5 paragraphs written on this incident report, and my name was mentioned only once, through out the entire body of the incident report, it talked about the actions of two inmates, who had no real connection with Washington. One of the inmates was in the S. H. U. Approx. 2 months prior to 3-15-18, and had remained in the S.H.U.

11) On 4-24-2018 @ 12:22 pm. The Disciplinary hearing officer met with Washington on the above referenced charges, and after review of the evidence., The D. H. O. notes there was no evidence to support inmate had knowledge of possible contra band being sent to him via mail. Therefore the report was expunged from the record. The Three incident reports were filed on 4-9-18.

12) On 3-15-18. S. I. S. Gallion, conducted a brief interview with Washington, about the above Charges, prior to these charges being filed. S.I.S. Agent asked Washington, "do you play baseball"? Washington replied, "I have as a kid." Gallion, stated, "What do you know about drugs coming into my prison."? Washington stated, "sarcastically". I thought this was the wardens prison, I don't know nothing about any drugs in or out of prison. Gallion stated "Strike 1"! Gallion proceed, to ask me about inmates that was housed in the same unit as me, whom he stated that he had under investigation, for drugs, and told me that it would be in my best interest if I provide information to him about these individuals. I told Gallion, that I don't even speak to those individuals nor do I know of their business. Gallion stated "Strike two".

13) Gallion, stated this is not that hard, of a decision to make, He stated you seen training day "The Movie." "do you want to go to jail or go home." Now your chances of coming back on my yard on a scale of 1 to 10, one being the worse and ten your best shot. I got to say at this point it is looking like a two. Lets try this incentive, I can promise you three things, if you keep bullshitting me, 1 I will file multiple incident reports against you." See. Paragraph. (10)."

14) 2. I will place a threat assessment against you to make sure you do come back on my yard. And 3. I will have you transfered to an active yard "See paragraph 4". Where I know you can not walk, then you will be back in the S.H.U., where I see that you have an active case that you are fighting, I can make that next to impossible. So in essence I can make your life miserable, by having you tied up in the S.H.U. for 6 months to a year, where you wont have access to your property, nor any access to the courts. So I am going to ask you one last time, do you want to go to jail or go home? He stated, tell me what you know about any drugs coming into my prison. Washington Stated, I don't know of any drugs, I don't do drugs. Gallion stated, "Strike three".

15) See paragraph 10, Gallion made good of his #1 promise of multiple incident reports, However, they were fake and made up to create punishment on an astronomical level if Washington was found guilty of these false allegations. Filing a false police report is a criminal offense. Being that these false charges were expunged from my record, I should have been allowed back on Tucson's yard. I have no Seperaties, no conflict with Staff, no reason as to why I can not be placed back in general population.

16) Gallion, second promise was a threat assessment that he will place against me, I do not know the contents of this threat assessment, all I know that the threat assessment was in conjunction with the three false incident reports, that was expunged from the record, so this threat assessment Without a doubt had to be placed against Washington with the malicious intent to have Washington Removed from U.S.P. Tucson, and transfered to an active yard.

17) Gallion, third promise of having me transfered to an active yard, I have been designated to U.S.P. Canaan, a very active yard, known by all in the B.O.P. Now had Gallion made good on one of his promises, or just two, I would have never gave it a second thought, but all three just like baseball, That's a grand slam. How can one individual, have this type of power and abuse this power, to cause harm to inmates who will not cooperate with any investigation that he conducts, and then have the Warden approve of his ill intentions. As a prisoner and a Sex offender, it is my job to mind my own business, if I intend for it to continue to ~~operate~~ operate. Make no mistake about it, U.S.P. Tucson is a S.O. M.P yard, but violence do occur, mainly because inmates are in other inmates business. So I stay to myself, and I program, by education, and excercise.

4. of 7

18). Being that I can not walk U.S.P. Canaan, or any active yard for that matter, I will most likely end up in the S.H.U. for another extended period of time. However, I am at Tucson U.S.P. Pending a Medical Hold. My right eye has been closed, due to my eye lid does not want to open on its own, but my eye is operable. I am awaiting surgery to fix my eye.

19). Under no sircumstences am I saying that S.I.S. Gallion has more capabilites than that of the norm, but he has falsely doctor the paper work to appear to be that of something that is extremely impossible, nor am I attempting to apply more credit, where it is not just. S.I.S. Gallion, made me three promises to do what he says he will do and he made me a firm believer. There is an old Maxim "The proof is in the pudding." This is proof of cruel & unusual punishment, retaliation, and malicious intent to cause harm and injury to another human being. This is abuse of authority, and use of position for reasons not prescribed by the law or F.B.O.P. policy under code of conduct of an officer acting in its name.

20). I am asking for an attorney to pull out from under the rug all of the inside dirt, that is hidden, and to view the false documents that was filed against me in this whole situation, to prove that my arguments are base on facts not fiction, and to show that every word that I have attested to herein is also facts and to appoint an attorney to go argue these facts before a court of law, to ensure that there is no miscarriage of justice.

21). I am fighting a legal case right now in the 4th circuit of the Eastern District of Virginia, and it is very difficult to get any thing done with my case in the SHU. and its only going to get harder once I start to get shipped around. First, even if I were some great lawyer, I'd need legal references and materials to make a good case. They have one legal computer here in the S.H.U. for about 200 inmates. They only let people use it for a few hrs in the evening, and almost everybody signs up to use it since it has functions besides legal research, so right now, it is taking about 40 days to get even an hour of time on the computer. They don't have any books for us or anything we can bring back to our cells (unless you have money to print things for 15¢ per page) and you still need access to the law library. I've asked, but they don't have court forms or any materials to help people represent themselves.

22) There is no law librarian, like there is outside the S.H.U.. There is no typewriter, no word processor, no stapler or hole punch or mail meter or self serve copy machine like there is outside the S.H.U. I've tried asking for copies made, but can't. If I give my legal documents to a member of my unit team for copies on Tuesday, I will most likely not get my paperwork back until Monday or Wednesday of the following week if that.

23) Most importantly there is no practical way to get help from other inmates in the S.H.U.. In general population, there are inmates who are almost as good as lawyers at helping people prepare petitions, there are even inmates who used to be lawyers. I got lucky in the S.H.U. because my cell is across from an inmate who was an attorney. We can talk through the door. He is the reason I am able to bring this petition, though he won't be able to help me when he leaves in a few days.

24) He is in the S.H.U. because he had another inmates legal materials in his possession to help with his case. There is no rule against that in the inmate rule book they give us, but apparently some B.O.P. policy manual says you can't have paperwork with another inmates name on it except in the law library. He didn't know that but they threw him in the hole anyhow. That also means he isn't allowed to look at my paperwork. I have to write parts of documents down and slide them to him. If he were even a few cells more distant from me, we wouldn't be able to hear each other and probably wouldn't know each other, so there would be no help at all.

25) Mail is another problem. In theory, legal mail is supposed to go out every week day. In reality you're lucky if you can get someone to do it after a week of asking again and again. Mail arrives late, and sometimes not at all. Once they start shipping you around, they sometimes lose your legal paperwork and don't always forward your legal mail to your new facility, even though the rules say they should.

26) Life in the S.H.U. is hard, but it is not meant to be pleasant, it is meant as a punishment to prevent future misconduct, or rule violations. For those who deserve this type of placement. However, I do not deserve this type of placement, nor do I deserve this form of treatment. There is absolutely no reason at all that I can not be allowed back on the yard at U.S.P. Tucson. There is no reason at all for me to be constantly moved more than a 1000 miles from home.

27) When all actuality, I am suppose to be within a 500 mile radius of my home town. Memphis Tennessee. I have not been within 500 miles of Tennessee since 2012. There is no reason for me to be shipped to a active yard, where there is a high probability that I would be injured, if I attempted to go out on that compound, or even in the S.H.U. Even in the S.H.U. on an active yard, there is no safe guards, because I have to have a cellmate who will likely attack me if it is found out, that I could not walk this yard, and that I have a sex offense. This treatment, and threat of fear that has been placed against me is over whelming, and has created a great deal of stress and worry on me, and my soul.

28) I have no known Separties "keep away from" in the B.O.P. nor do I have any that is housed in the U.S.P. Terre Haute, or Coleman 2. There is no justifiable reason as to why I can not be shipped to any of those yards. U.S.P. Canaan is not a S.O.M.P. yard, and I can not walk any yard that is not S.O.M.P.

29) In conclusion, I am asking this Honorable court to intervene, to ensure my safe placement in the proper setting, without the threat or fear being placed on my life. This is a constitutional violation, and my life is at risk, and has been knowingly placed at risk by officials who swore to protect under the 8th amendment. I have been retaliated against by a corrupt official, with a judgmental chip on his shoulder. Documentation has been falsified to further prejudice petitioner. Also, I spoke with C.M.C. Pullen, who is over all transfers and Case Management at U.S.P. Tucson. I spoke with him about this very situation, and he stated to me that he will e mail the designation center at Grand Prairie TX, and ask them to redesignate me to a more appropriate setting. I have not spoken to C.M.C. Pullen since then, but I spoke to my Case Manager who stated that my status has not changed. I spoke with A.W. Prelive who stated that his hands are tied behind his back. If I was not in a life threatening situation C.M.C. Pullen would have never sent an email. S Is Gullion also came by my cell and stated I hope you like where your going!

Respectfully Submitted.

*[signature]*