Dwane A. Washington, Reg. No. 80115-083
U.S. Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734
Pro Se

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| DWANE A. WASHINGTON,<br>　　　Petitioner<br>　v.<br>R. L. RHODES,<br>　　　Respondent | Case No. CV-18-00302-TUC-CKJ (EJM)<br><br>SECOND SUPPLEMENT TO<br>MOTION FOR APPOINTMENT<br>OF COUNSEL |

COMES NOW Petitioner Dwane Washington and supplements his pending Motion for Appointment of Counsel:

1. Petitioner incorporates all facts and arguments set forth in his Petition for Writ of Habeas Corpus and its supplements and supporting exhibits as if fully set forth herein.

2. As stated in his declaration, Petitioner suffers severe impairments to accessing the courts and legal materials. He is currently assisted by an inmate who happens to be a former lawyer, but this inmate will be moved within one week and Petitioner will not be allowed to communicate with him. Without counsel, Petitioner has virtually no possibility of continuing his claims.

Respectfully submitted,

Dated: June 23, 2018   Signed: [signature]   Dwane Washington