MW

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dwane A. Washington,<br><br>    Petitioner,<br><br>v.<br><br>R.L. Rhodes,<br><br>    Respondent. | No. CV-18-00302-TUC-CKJ (EJM)<br><br>**ORDER** |

  On June 18, 2018, Petitioner Dwane A. Washington, who is confined in the United States Penitentiary-Tucson in Tucson, Arizona, filed a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), an Application to Proceed In Forma Pauperis (Doc. 2), an Emergency Request for Temporary Restraining Order (Doc. 3), and a Motion for Appointment of Counsel (Doc. 4). In an Order dated June 20, 2018 (Doc. 6), the Court denied Petitioner's application and motions, and dismissed this action for lack of habeas corpus jurisdiction, advising him that the appropriate method to bring challenges to his conditions of confinement was to file a civil rights action pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The Clerk of Court entered Judgment on June 20, 2018. (Doc. 7.)

  Subsequent to the entry of Judgment, Petitioner filed three supplements (Docs. 8, 10-11) in support of his Petition and Motion for Appointment of Counsel. The Court observes that the first filing, a Supplemental Memorandum docketed by the Clerk of Court on June 25, 2018 (Doc. 8), was signed by Petitioner on June 19, 2018, the day

before the Court issued its Order and Judgment was entered. The Court will treat the June 19, 2018 Supplemental Memorandum as though it was received before the Court's Order and Judgment. *See Houston v. Lack*, 487 U.S. 266 (1988) (under the "prison mailbox rule," a document is deemed "filed" when delivered by the prisoner to a prison official for mailing); *Anthony v. Cambra*, 236 F.3d 568, 574-75 (9th Cir. 2000). And, although the additional two supplemental filings are dated June 23, 2018 (Docs. 10-11), out of an abundance of caution and in the interests of justice, the Court will afford them the same treatment. Having reviewed each of Petitioner's supplemental filings, however, the Court finds that they do not alter the reasoning set forth in the June 20, 2018 Order, nor compel a different outcome. Therefore, the Court will deny these filings to the extent that any relief is sought therein and this case will remain closed.

**IT IS ORDERED:**

    (1)    Plaintiff's Supplements (Docs. 8, 10-11) are deemed filed as of June 20, 2018.

    (2)    Plaintiff's Supplements (Docs. 8, 10-11) are **denied** to the extent that any relief is sought therein.

    (3)    This case shall remain **closed**.

Dated this 17th day of July, 2018.

_____
Honorable Cindy K. Jorgenson
United States District Judge