Dwane A. Washington
Reg. No. 80115-083
U.S. Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734
<u>Pro Se</u>



UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| DWANE A. WASHINGTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R.L. RHODES,<br><br>　　　　Respondent. | No. CV-18-00302-TUC-CKJ (EJM)<br><br><u>NOTICE OF APPEAL</u> |

Notice is hereby given that the Petitioner, Dwane A. Washington, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's denial of his motion under 28 U.S.C. §2241 and all pleadings relating thereto. The appeal is made pursuant to 28 U.S.C. §§ 1291 and 2253, and Federal Rule of Appellate Procedure 4.

Respectfully submitted this second day of August, 2018.

Signed: _____

Mr. Dwane Washington @ 80115083

<u>CERTIFICATE OF SERVICE</u>

I, Dwane Washington, certify that this document was submitted to prison officials for mailing to the court, first-class postage prepaid, on August 2, 2018, and that the Respondent in this matter is registered with the CM/ECF system and will be served electronically upon entry of this document by the Clerk.

Signed: _____

<u>Via First Class Mail</u>

Clerk of the Court
United States Courthouse
405 W. Congress St, Suite 1500
Tucson, AZ 85701-5010

Subject:   <u>Washington v. Rhodes</u>, No. CV-18-00302-TUC-CKJ (EJM)
           NOTICE OF APPEAL

Dear Clerk,

Enclosed for filing is my notice of appeal in the above-referenced case.

I would like to proceed in forma pauperis and will file a motion to do so within the next two weeks. I will also file a brief memorandum indicating that the appeal is not frivolous.

Thank you very much for your assistance.

Respectfully,

Dwane Washington

Enclosure