UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 15 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DWANE A. WASHINGTON,

                Petitioner - Appellant,

  v.

R. L. RHODES,

                Respondent - Appellee.

No. 18-16545

D.C. No. 4:18-cv-00302-CKJ--EJM
U.S. District Court for Arizona,
Tucson

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

**Tue., October 9, 2018**      Appellant's opening brief and excerpts of record
shall be served and filed pursuant to FRAP 31 and
9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the Time Schedule Order will result in
automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

**Appellants without representation of counsel in a prisoner appeal may have
their case submitted on the briefs and record without oral argument,
pursuant to FRAP 34(a).**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Holly Crosby
Deputy Clerk
Ninth Circuit Rule 27-7